No. 75–209. WILLIAMS *v.* BRASEA, INC., ET AL.; and
No. 75–225. BRASEA, INC., ET AL. *v.* BENDER WELDING & MACHINE CO., INC., ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. Reported below: 497 F. 2d 67 and 513 F. 2d 301.

No. 75–227. FEDERAL POWER COMMISSION *v.* CONSUMER FEDERATION OF AMERICA ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 75–248. KORHOLZ *v.* DASHO, EXECUTOR, ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 75–254. DILLARD, JUDGE *v.* WALKER. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.